Robert YOUNG, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 63762.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 23, 1994.

Application to Transfer Denied April 26, 1994.

Henry W. Cummings, St. Charles, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Movant appeals from an order dismissing with prejudice his 24.035 motion on the merits without an evidentiary hearing. The motion court's judgment is based on findings of fact that are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).